IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-cv-21335-LENARD/O'SULLIVAN

EDDY ALTAMIRANO, et al.,
    Plaintiffs,

v.

LE KABOB, LLC., et al.,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Motion for Default Final Judgment Against Le Kabob, LLC., Elizabeth Alvarez Fayad, and Rabieh "Roby" Mayed Fayad (DE # 15, 6/18/12). Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(c) (emphasis added). A response having been due, and no response having been filed, it is

ORDERED AND ADJUDGED that the defaulted defendants shall file a response to the Plaintiff's Motion for Default Final Judgment Against Le Kabob, LLC., Elizabeth Alvarez Fayad, and Rabieh "Roby" Mayed Fayad (DE # 15, 6/18/12) on or before **July 26, 2012**. The failure to file a response may result in a recommendation that the Plaintiff's Motion for Default Final Judgment Against Le Kabob, LLC., Elizabeth Alvarez Fayad, and Rabieh "Roby" Mayed Fayad (DE # 15, 6/18/12) be granted in its entirety. It is further

ORDERED AND ADJUDGED that the plaintiff shall promptly serve a copy of this Order on the defaulted defendants, and file a notice with this Court once service has been accomplished.

DONE and ORDERED, in Chambers, in Miami, Florida, this 13th day of July, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Lenard
All Counsel of Record