IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-cv-21335-LENARD/O'SULLIVAN

EDDY ALTAMIRANO, et al.,
    Plaintiffs,

v.

LE KABOB, LLC., et al.,
    Defendants.

_____/

## **ORDER**

THIS MATTER is before the Court on the Plaintiff's Motion for Default Final Judgment Against Le Kabob, LLC., Elizabeth Alvarez Fayad, and Rabieh "Roby" Mayed Fayad (DE # 15, 6/18/12) and the Plaintiff's Motion for Attorney's Fees and Costs (DE# 16, 6/18/12). "A judgment by default may not be entered without a hearing on damages unless . . . the amount claimed is liquidated or capable of ascertainment from definite figures contained in the documentary evidence or in detailed affidavits." Dundee Cement Co. v. Howard Pipe & Concrete Prods., 722 F.2d 1319, 1323 (7th Cir. 1983) (citing United Artists Corp. v. Freeman, 605 F.2d 854, 857 (5th Cir. 1979)).[1] Damages are a sum certain when they are liquidated or can be calculated through reference to the terms of the agreement between the parties. Id. Here the undersigned finds that the affidavits attached to the Plaintiff's Motion for Default Final Judgment Against Le Kabob, LLC., Elizabeth Alvarez Fayad, and Rabieh "Roby" Mayed Fayad (DE # 15, 6/18/12) are not sufficient to meet the requirements under the law. Because default final judgment is not being entered at this time, the Court declines to rule on the

---

[1] Pursuant to Bonner v. City of Pritchard, Ala., 661 F.2d 1206, 1207 (11th Cir. 1981), decisions rendered by the former Fifth Circuit prior to October 1, 1981 are binding precedent in the Eleventh Circuit.

attorney's fees motion at this time. Accordingly, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion for Default Final Judgment Against Le Kabob, LLC., Elizabeth Alvarez Fayad, and Rabieh "Roby" Mayed Fayad (DE # 15, 6/18/12) and the Plaintiff's Motion for Attorney's Fees and Costs (DE# 16, 6/18/12) are both DENIED without prejudice to renew with more detailed affidavits that are sufficient under the law.

DONE and ORDERED, in Chambers, in Miami, Florida, this 23rd day of October, 2012.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Lenard
All Counsel of Record