IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-cv-21335-LENARD/O'SULLIVAN

EDDY ALTAMIRANO, et al.,
    Plaintiffs,

v.

LE KABOB, LLC., et al.,
    Defendants.
_____/

### ORDER

THIS MATTER is before the Court on the Plaintiff's Motion for Default Final Judgment Against Le Kabob, LLC., Elizabeth Alvarez Fayad, and Rabieh "Roby" Mayed Fayad (DE# 26, 11/28/12) and the Motion for Attorney's Fees and Costs (DE# 27, 11/28/12). Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(c) (emphasis added). Accordingly, it is

ORDERED AND ADJUDGED that the defendants shall file a response to the Plaintiff's Motion for Default Final Judgment Against Le Kabob, LLC., Elizabeth Alvarez Fayad, and Rabieh "Roby" Mayed Fayad (DE# 26, 11/28/12) and to the Motion for Attorney's Fees and Costs (DE# 27, 11/28/12) on or before **Monday, December 17, 2012**. The failure to file a response may result in a recommendation that the Plaintiff's Motion for Default Final Judgment Against Le Kabob, LLC., Elizabeth Alvarez Fayad, and Rabieh "Roby" Mayed Fayad (DE# 26, 11/28/12) and the Motion for Attorney's Fees and Costs (DE# 27, 11/28/12) be granted in their entirety. It is further

ORDERED AND ADJUDGED that the plaintiff shall promptly provide a copy of this Order and the aforementioned motions on the defendants and file a notice with this Court.

DONE and ORDERED, in Chambers, in Miami, Florida, this **28th** day of November, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Lenard
All Counsel of Record