IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-cv-21335-LENARD/O'SULLIVAN

EDDY ALTAMIRANO, et al.,

    Plaintiffs,

v.

LE KABOB, LLC., et al.,

    Defendants.

_____/

## ORDER

THIS MATTER is before the Court pursuant to the Order Adopting Report and Recommendation of Magistrate Judge (DE 33) and Granting Plaintiffs' Motion for Default Judgment (DE # 36, 1/29/13). The subject Report and Recommendation contained a footnote that stated that

> The plaintiffs also submitted a Motion for Attorney's Fees and Costs (DE# 27, 11/28/12) which will be addressed in a separate report and recommendation if the Court adopts the instant Report and Recommendation and enters a judgment against the defendants. It is noted that the Motion for Attorney's Fees and Costs (DE# 27, 11/28/12) does not include time records or a breakdown of the hours allotted to a particular task. If the Court adopts this Report and Recommendation, the plaintiffs shall file sufficiently detailed records in order for the undersigned to determine the reasonableness of the attorney's fees and costs. See Barrera v. Officina, Inc., No. 10-21382-CIV, 2012 WL 692212, at *1 (S.D. Fla. Mar. 2, 2012) (stating that "even in the absence of a response from the Defendants, the Court has a duty to ensure the Plaintiffs' request for attorneys fees is reasonable.") (citation omitted).

The subject Report and Recommendation having been adopted, it is

ORDERED AND ADJUDGED that on or before February 19, 2013, the plaintiffs

shall file sufficiently detailed records in order for the undersigned to determine the reasonableness of the attorney's fees and costs.

DONE and ORDERED, in Chambers, in Miami, Florida, this **29th** day of January, 2013.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Lenard
All Counsel of Record